AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| PAUL CASEY WHIPPLE | ) Case No. |
|  | ) SA: 17-MJ-1485 |
|  | ) |
|  | ) |
| Defendant(s) | ) |

FILED
DEC 2 0 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015-2017__ in the county of __Medina__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |
|  | **PENALTIES:** Minimum 15 years confinement, Maximum 30 years confinement, $250,000 fine, lifetime supervised release, $100 mandatory special assessment, $5,000 assessment pursuant to JVTA, restitution, and forfeiture of digital equipment used in commisison of the crime. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Rex Miller Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/20/2017

City and state: San Antonio, Texas

_____
Judge's signature

ELIZABETH S. CHESTNEY, U.S. Magistrate Judge
Printed name and title

## COMPLAINT AFFIDAVIT

I, Rex Miller, being duly sworn, depose and state that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since January 2004. I am currently assigned to the San Antonio Division of the FBI. I am assigned to the Violent Crimes against Children Section and as such, I investigate crimes against children, including the trafficking and possession of child pornography. I am a former headquarter supervisor in the Research and Development Unit within the Innocent Images Program, the program that investigates these violations. I have received particularized training in the investigation of computer-related crimes, Usenet, peer-to-peer computer networking, and online (i.e. Internet based) crimes against children. I have conducted and been involved in numerous investigations of individuals suspected of producing, distributing and receiving child pornography and have participated in the execution of numerous search warrants which have resulted in the seizure of multiple items of child pornography. I have had the occasion to become directly involved in investigations relating to the sexual exploitation of children, to observe and review extensive examples of child pornography in various media formats, including computer-based formats. I have also received training in the investigation and detection of cases involving the sexual exploitation of children and child pornography.

2. This affidavit is being submitted in support of a Criminal Complaint for **PAUL CASEY WHIPPLE**, date of birth: XX/XX/1983 address: XXX 33rd St., Hondo, Texas.

3. On or about July 3, 2017, the National Center for Missing and Exploited Children ("NCMEC") received information from a foreign law enforcement agency that submitted multiple files depicting the exploitation of a minor female child. The files depict a prepubescent female child engaged in a variety of sexually explicit conduct, including the penetration of her vagina, anus and mouth with a foreign object.

4. Based upon information obtained from a review of the EXIF metadata (embedded technical data about an image) in at least one of the files, agents determined the images and videos were produced in Hondo, Texas, between 2015 and November 2017.

5. On 12/19/2017, SA Miller and other agents acting under his direction, executed a federal search warrant at the home of **Paul Casey WHIPPLE** in Hondo, Texas and seized devices containing child pornography as defined in Title 18 United States Code, Section 2256(8)(A).

6. **PAUL CASEY WHIPPLE** was interviewed by federal agents and admitted to producing the videos depicting the minor female engaged in a variety of sexual acts, and to sharing them with others over the internet. WHIPPLE stated he had access to the minor child on a number of occasions, and verified the minor child is under the age of 18.

7. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that **PAUL CASEY WHIPPLE** did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code Section 2251(a).

FURTHER AFFIANT SAYETH NOT,

_____
Special Agent Rex Miller, FBI
San Antonio, Texas

SWORN TO BEFORE ME THIS
20th DAY OF DECEMBER, 2017

_____
THE HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE